**EXECUTIVE ORDER NO. 180**

WHEREAS, the responsible use of firearms has been a part of our Nation's fabric since before the founding; and

WHEREAS, the Second Amendment to the United States Constitution codifies the pre-existing individual right to possess and carry firearms including for the purpose of self-protection against confrontation, declaring that it shall not be infringed; and

WHEREAS, the Supreme Court of the United States has recognized that an individual right to bear arms for defensive purposes is a core and fundamental guarantee; and

WHEREAS, the lawful exercise of a fundamental constitutional right may not be unduly burdened by State or local regulations, or government agencies implementing such provisions; and

WHEREAS, New Jersey's laws and regulations impose significant restrictions on an individual's ability to purchase, transport, carry, and use firearms within the State; and

WHEREAS, on June 3, 2015, a New Jersey resident was tragically killed in a horrific act of violence perpetrated at her home; and

WHEREAS, this victim previously sought and received the protection of a Domestic Violence Restraining Order and subsequently submitted an application for a permit to purchase a handgun, which application remained pending beyond the applicable thirty-day statutory deadline at the time of her killing; and

WHEREAS, any needless or unreasonable delay in processing permit applications hinders the lawful and responsible exercise of a constitutional right and the ability of individuals to bear arms for protection and self-defense; and

WHEREAS, we must ensure that the laws and regulations surrounding the responsible use of firearms and handguns reflect the appropriate level of government regulation of this fundamental, individual right to self-protection; and

WHEREAS, a review of state laws and regulations as well as the procedures employed by state and local law enforcement agencies may identify appropriate modifications to remove unnecessary restrictions that interfere with the exercise of rights under the Second Amendment while maintaining public safety;

NOW, THEREFORE, I, CHRIS CHRISTIE, Governor of the State of New Jersey, by virtue of the authority vested in me by the Constitution and by the Statutes of this State, do hereby ORDER and DIRECT:

1. There is hereby created a "New Jersey Firearm Purchase and Permitting Study Commission" (hereinafter the "Study Commission").

2. The Study Commission shall consist of three (3) members appointed by the Governor who shall serve at his pleasure. The Governor may select a chairperson from among the members of the Study Commission. The Study Commission shall consist of members with expertise in criminal law. All members of the Study Commission shall serve without compensation. The Study Commission shall organize as soon as practicable after the appointment of its members.

3. The Study Commission is charged with conducting a review of New Jersey laws, regulations, and procedures pertaining to the ownership and possession of firearms.

4. The Governor's Office shall provide staff support to the Study Commission. The Study Commission shall be authorized to call upon any department, office, division, or agency of

3

this State to supply it with any information, personnel, or other assistance available as the Study Commission deems necessary to discharge its duties under this Order. Each department, office, division, and agency of this State is hereby required, to the extent not inconsistent with law, to cooperate fully with the Study Commission within the limits of its statutory authority and to furnish the Study Commission with such assistance on as timely a basis as is necessary to accomplish the purposes of this Order. The Study Commission may consult with experts or other knowledgeable individuals in the public or private sector on any aspect of its mission.

    5.   The Study Commission may report to the Governor from time to time and shall issue a final report to the Governor setting forth the Study Commission's recommendations pursuant to this Order no later than 90 days after organizing. The Study Commission shall expire upon issuance of its final report.

    6.   This Order shall take effect immediately.

                                GIVEN, under my hand and seal this 29th day of June, Two Thousand and Fifteen, and of the Independence of the United States, the Two Hundred and Thirty-Ninth.

[seal]                /s/ Chris Christie

                        Governor

Attest:

/s/ Paul B. Matey

Deputy Chief Counsel to the Governor