# NEWARK POLICE INCIDENT REPORT

FILL OUT COMPLETE REPORT WHEN LISTED IN CLASSIFICATION LIST AND REPORT GUIDE AS 802 (NO ASTERISK).
DO NOT FILL OUT SHADED PORTION WHEN LISTED 802* (WITH ASTERISK).

| # | Field | Value |
|---|---|---|
| 1 | VICTIMS OR COMPLAINANTS NAME | [redacted] |
| 2 | TELEPHONE | [redacted] |
| 17 | STATUTE OF ORDINANCE | 2C:12-3 |
| 18 | SECTOR | 216 |
| 19 | COMMAND | NORTH |
| 20 | CENT COMPLT NO | C13036208 |
| 3 | RESIDENT NUMBER (STREET) | [redacted] NWK, NJ APT#5 |
| 21 | REPORTING OFFICER (NAME) | DET BRADBURY, VERNON |
| | ID NO | 7109 |
| | (COMMD) | 2ND |
| 4 | SEX | M |
| 5 | RACE/ETHNICITY | W |
| 6 | AGE | 39 |
| 7 | OCCUPATION | EMS |
| 8 | INJURY | NO |
| 22 | INCIDENT | TERRORISTIC THREATS |
| 22A | OCC ON PUB. HOUS. PROP? | NO |
| 9 | SOBRIETY OF VICTIM | SOBER |
| 10 | CAN VICT IDENT OFFENDER | NO |
| 23 | LOCATION | [redacted] NEWARK NJ |
| | GANG RELATED | NO |
| 11 | PERSON REPORTING CRIME | ALMEIDA, ALBERT |
| 12 | TELEPHONE NO | [redacted] |
| 24 | TIME OF OCCURRENCE | 14:16 Tue 06 11 2013 — 14:51 Tue 06 11 2013 |
| 25 | WAS FORCE USED? | NO |
| 13 | RESIDENCE OF PERSON REPORTING CRIME | [redacted] NWK. |
| 26 | WAS A WEAPON USED? | NO |
| 14 | MONTH DAY YEAR | 06/11/2013 |
| 15 | TIME REPT | 19:30 |
| 16 | OCCURRED ON VIEW | NO |
| 27 | TYPE OF PREMISES OR PROPERTY ATTACKED | Housing |
| 28 | HOW ATTACKED | Threatening - no weapon |
| 29 | MEANS OF ATTACK | Firearm |

**33. NAME OF SUSPECT:** [redacted]  
**SEX:** M **RACE/ETHNICITY:** B

**EVENT #:** P13170219

**34. ADDITIONAL INFORMATION:**
VICTIM STATED THAT ON THE ABOVE DATE AND TIME HE CALLED THE TENANT AND WAS REQUESTING THAT HE WAS ON HIS WAY TO PICK UP THE RENT MONEY, WHEN THE SUSPECT STATED " I'LL CALL YOU LATER" WITH THE MONEY".
AT THIS TIME THE VICTIM THEN CALLED BACK LATER AND ONCE AGAIN REQUESTED THE MONEY, WHEN THE SUSPECT STATED " I'M NOT GIVING YOU SHIT" THAT'S WHEN THE VICTIM INFORMED HIM THAT HE WAS GOING TO START THE...

**50. SUPERVISOR APPROVING & CLASSIFYING:** 6884 LT SAYRE, SCOTT  
**(DATE):** 6/11/2013  
**51. TIME APPROVED:** 18:39

**42. SIGNATURE OF REPORTING OFFICER:** DET BRADBURY, VERNON 7109

DP1 802 REV 6/84 75M

Exhibit "3"

Page 1 of 2

# NEWARK POLICE INCIDENT REPORT

C13036298    Event#:    P13170219

EVICTION PROCESS, WHEN THE SUSPECT STATED " I'M GOING TO PUT A BULLET IN YOUR HEAD IF YOU COME AROUND HERE, I WILL SHOOT YOU THRU THE DOOR".

VICTIM ADVISED THE SUSPECT THAT HE WAS GOING TO MAKE A POLICE REPORT AGAINST HIM, WHEN HE STATED " GO AHEAD CALL THE POLICE I"LL SHOOT THEM TOO.

VICTIM FEARING THAT THE SUSPECT MAKE FOLLOW THRU WITH HIS THREATS RESPONDED TO THE 2ND DESK TO FILE A FORMAL COMPLAINT.

VICTIM IS THE NEW PROPERTY MANAGEMENT AS OF JUNE 1, 2103.