June 12, 2013

Chief Gil Taglialatela
Andover Twp. Police Department
134 Newton Sparta Road
Newton, NJ 07860

Re: NJ Handgun Carry permit application/Letter of need

Dear Chief Taglialatela,

My name is Israel "Albert" Almeida, I am a resident of Andover Township, NJ since 2003. A proud father of two beautiful young daughters (2 and 4 years old) and happily married to ▆▆▆▆ who is a ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ for the past fifteen years. I am a retired Emergency Medical Technician out of Newark, NJ (serving since 1992). My position during the last fifteen years of my tenure with U.M.D.N.J. was Rescue Specialist, Senior Tactical Medical Team member with the Newark Police Department Emergency Response Team. My areas of responsibility were to provide direct medical care to any Tactical Police officer if needed during a high risk warrant execution or STAT response to any operation that required the ERT Team. With the responsibility I had since the medical team was part of the initial entry team and not a stand-by unit at a designated staging area, came the responsibility of Tactical training, safe weapon securing operations, risk assessment and weapons training.

Unfortunately, due to a severe right shoulder and left wrist injury that both required several surgeries, I was forced to make a decision if I would continue this line of work or make a career change. I chose to listen to the advice of my surgeons and make a career change because I was destined to be back under their care in the future if I did not. I started my own business in Real Estate Management, it is something I have been doing for several years prior to retiring and I understand the risks associated with such. Throughout my years as an EMT in Newark NJ, I had seen my fair share of violence, gun related crimes and innocent victims falling prey to the evil acts of a few. With my new line of work the majority of my customers are in Essex County (Newark to be specific). I have a fear of falling victim to the criminal prey because they know that I am either collecting cash rental payments or with the assumption that I may have large amounts of cash in my possession since I am the Property Manager. With my new line of work, I can have large amounts of cash in my possession during rent collection times and because of this I am also a prime target for other criminals that may want to rob me of this.

This fear has become reality on June 11, 2013. A live-in boyfriend of a tenant has threatened my life in fourteen different ways; he has stated that if I show up at his door he will shoot me through it. I advised him that was a serious threat and I will be filing a police report and his response was "I don't give a FUCK about the police; I will put shots in them also". He went on to say I am a dead man, he will put a cap in my head and steal my rent money, he knows I have to collect rent from other tenants in the area so he will be looking out for me. He stated he is a "STREET NIGGA" (his words) and he will get me as long as he

Page 1 of 2

Exhibit "4"

lives in Newark and I am around. I have several other threats he has made to me over the phone, but to place them all on here is irrelevant after the first few serious threats. I filed a Police report the same day with Newark Police, Central Complaint #13036208 but as you and I know, a report is only a piece of paper and if this person is serious about his threats, he will act on them or will find someone to act on them for him.

Chief Taglialatela, I am no Batman, I am no hero trying to be a tough guy with a CCW and I do not want to be a hero or a tough guy just because I have a gun. My years on the streets made me a bit wiser than to have that attitude. But what I am, is a loving husband and a great father to 2 beautiful little girls that run to me, to tell me how much they love me every time they see me, 2 little girls that make a grown man tear from joy each and every time . Now all I think about is will this be the last night they see me alive (Just like you and every other Police officer thinks about when they walk out of their home). I am now a moving target by an individual that has made several promises in taking my life and money just because I advised him he was late on rent and I mentioned that I may have to file for an eviction and police report due to his threats. I need to protect myself and my family and unfortunately we all know that many times in this situation, a gangster does not respect the law or human values and will act on their threats.

I ask that you please take this application for a NJ carry permit in to consideration for approval. As a responsible Gun owner, I understand the laws in NJ and the process in receiving an approval. I am providing my FID card, Florida CCW I.D # and my NJ firearms training I.D # for your review. Additionally, I am willing to meet any further requirements imposed by you or the NJ Courts in order to facilitate this process and meeting any further requirement's that you may have.

1. NJ Firearms FID #
2. NRA Pistol training Certificate
3. NJ Hunter Education #
4. Florida CCW License#

Name:
Israel Albert Almeida

Direct phone:

Sincerely,
Israel Albert Almeida

Page 2 of 2

Paula Nalon

PAULA NALON
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 1/9/2017