## ANDOVER TOWNSHIP POLICE DEPARTMENT
### LAKE ILIFF ROAD
### ANDOVER TOWNSHIP, New Jersey



Mailing Address
134 Newton-Sparta Road
Newton, New Jersey 07860

A. Taglialatela
Chief of Police
(973) 383-5544
Fax (973) 383-6124

October 24, 2013

Mr. Israel Almeida

Newton, NJ 07860

Re: Denial of Permit to Carry a Handgun

Dear Mr. Almeida:

In reference to your application for a Permit to Carry a Handgun, please be advised that your application has been denied due to lack of justifiable need. According to statute 2C:58-4e, if you wish to appeal this denial, you may do so by writing a letter, within 30 days, to the Sussex County Superior Court to request a hearing on the denial. If you choose to appeal the denial, you must notify us in writing.

If you have any questions, please call.

Sincerely,

Achille Taglialatela
Chief of Police

AT:jem

Certified Mail: 7010 3090 0003 6738 2337

Exhibit "5"