DAVID J. WEAVER, ESQ.
SUSSEX COUNTY PROSECUTOR
19 – 21 HIGH STREET
NEWTON, NEW JERSEY, 07860
(973) 383-1570

FILED
JUL ~ ~ 2014
N. Peter Conforti, J.S.C., retired & t/a on recall
Judge's Chambers
Sussex County Superior Court

| | |
|---|---|
| IN THE MATTER OF THE APPEAL OF ISRAEL ALBERT ALMEIDA FROM THE DENIAL OF HIS APPLICATION FOR A PERMIT TO CARRY | SUPERIOR COURT OF NEW JERSEY LAW DIVISION – CRIMINAL PART SUSSEX COUNTY<br><br>Firearms Appeal No.: W-31-13<br><br>**ORDER DENYING APPLICANT A PERMIT TO CARRY** |

THIS MATTER having been opened before this Court by way of Appeal from a denial of a request for a Permit to Carry, and Shaina Brenner, Assistant Prosecutor, appearing on behalf of the State of New Jersey, and Evan F. Nappen, Esq., appearing on behalf of the Applicant, Israel Albert Almeida, and the Court having reviewed the firearms application, the investigation and denial letter from the Andover Township Police Department and the submissions and testimony received from Applicant and the State;

IT IS on this 30 day of July, 2014

ORDERED that the Applicant's request for a Permit to Carry is denied for the reasons stated on the record of June 18, 2014;

AND FURTHER ORDERED that a copy of the within Order shall be served upon Evan F. Nappen, Esq., Israel Albert Almeida, and the Andover Township Police Department within seven (7) days of the date of receipt hereof.

HON. N. PETER CONFORTI, J.S.C.

Page 1 of 1

Exhibit "6"