SUPERIOR COURT OF NEW JERSEY –
APPELLATE DIVISION
AMENDED NOTICE OF APPEAL

TITLE AS CAPTIONED BELOW

ATTORNEY OF RECORD

EVAN F. NAPPEN
ATTORNEY AT LAW, P.C.
21 Throckmorton Avenue
Eatontown, NJ  07724
Telephone No. 732-389-8888

IN THE MATTER OF THE APPEAL OF
ISRAEL ALBERT ALMEIDA FROM THE DENIAL
OF HIS APPLICATION FOR A PERMIT TO CARRY

ATTORNEY FOR Israel A. Almeida
ON APPEAL FROM
Sussex County Judicial Complex
TRIAL COURT DOCKET NO.
Firearms Appeal No. W-31-13
TRIAL COURT JUDGE
Honorable N. Peter Conforti, J.S.C.
Civil { } Criminal {X} Juvenile { }

Notice is hereby given that Israel A. Almeida appeals to the New Jersey Appellate Division, from the Judgment { } Order {X} entered in this action on July 30, 2014 in favor of the State of New Jersey.

If appeal is from less than the whole, specify what parts or paragraphs are being appealed:  N/A

Are all issues as to all parties disposed of in the action being appealed? Yes {X}  No { }

If not, is there a Certification of Final Judgment entered pursuant to R.4:42-2? Yes { }  No {X}

Priority under R. 1:2-5? Yes { } No {X}  Applicable sections under the Rule._____

In criminal, quasi-criminal, and juvenile cases… Not Incarcerated {X} Incarcerated { } Confined at _____

GIVE A CONCISE STATEMENT OF THE OFFENSE AND OF THE JUDGMENT, DATE ENTERED AND ANY SENTENCE OR DISPOSITION IMPOSED

   On June 18, 2014, the Honorable N. Peter Conforti, J.S.C. denied Appellant's application for a New Jersey Permit to Carry a Handgun.

1) NOTICE OF APPEAL HAS BEEN SERVED ON:

TRIAL COURT JUDGE
Honorable N Peter Conforti, J.S.C.                              7/24/2014    Regular Mail

Exhibit "8"

| | | |
|---|---|---|
| TRIAL COURT CLERK/STATE AGENCY | | N/A |
| ATTORNEY GENERAL | | |
| Division of Criminal Justice - Appellate Bureau<br>PO Box 086<br>Trenton, NJ 08625 | 7/24/2014 | Regular Mail |
| GOVERNMENTAL OFFICE UNDER R. 2:5-1(h) | N/A | |
| OTHER PARTIES | | |
| Shaina Brenner, Esquire<br>Sussex County Prosecutor<br>19-21 High Street<br>Newton, NJ 07860<br>Phone (973) 383-1570 | 7/24/2014 | Regular Mail |

I HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THIS NOTICE OF APPEAL ON EACH OF THE PERSONS REQUIRED AS INDICATED ABOVE.

EVAN F. NAPPEN
ATTORNEY AT LAW, P.C.

Dated: July 24, 2014                    By: Louis P. Nappen, Esquire
                                            For the Firm

**PRESCRIBED TRANSCRIPT REQUEST FORM HAS BEEN SERVED ON:**

| | | |
|---|---|---|
| ADMINISTRATIVE OFFICE OF THE COURTS, CHIEF COURT REPORTING SERVICES | | N/A |
| COURT REPORTER'S SUPERVISOR/CLERK OF THE COUNTY OR AGENCY | | N/A |
| COURT REPORTER | | |
| Joseph Tuttle<br>Court Reporter Office<br>Sussex County Judicial Center<br>43-47 High St.<br>Newton, NJ 07860 | 7/24/2014 | Regular Mail |

I HEREBY CERTIFY THAT I SERVED THE PRESCRIBED COURT TRANSCRIPT REQUEST FORM ON EACH OF THE ABOVE PERSONS AND PAID THE DEPOSIT AS REQUIRED BY R. 2:5-3(d).

EVAN F. NAPPEN
ATTORNEY AT LAW, P.C.

Dated: July 24, 2014                    By: Louis P. Nappen, Esquire
                                            For the Firm