# NEWARK POLICE INCIDENT REPORT

FILL OUT COMPLETE REPORT WHEN LISTED IN CLASSIFICATION LIST AND REPORT GUIDE AS 802 (NO ASTERISK).
DO NOT FILL OUT SHADED PORTION WHEN LISTED 802* (WITH ASTERISK).

| Field | Value |
|---|---|
| 1. VICTIMS OR COMPLAINANTS NAME | [redacted] |
| 2. TELEPHONE | [redacted] |
| 17. STATUTE OF ORDINANCE | 2C:12-1B2 |
| 18. SECTOR | 212 |
| 19. COMMAND | NORTH |
| 20. CENT COMPLT NO | C16000937 |
| 3. RESIDENT NUMBER (STREET) (FLOOR OR APT) | [redacted] NEWARK NJ |
| 21. REPORTING OFFICER (NAME) | PO HERNANDEZ, GILBERT |
| ID NO | 9940 |
| (COMMD) | 2ND |
| 4. SEX | M |
| 5. RACE/ETHNICITY | W |
| 6. AGE | H |
| 7. OCCUPATION | [redacted] |
| 8. INJURY | NO |
| 22. INCIDENT | AGG. ASSAULT WITH A DEADLY WEAPON |
| 22A. OCC ON PUB. HOUS. PROP? | NO |
| 9. SOBRIETY OF VICTIM | SOBER |
| 10. CAN VICT IDENT OFFENDER | UNKNOWN |
| 23. LOCATION | [redacted] NEWARK NJ |
| GANG RELATED | NO |
| 11. PERSON REPORTING CRIME | ALMEIDA, ISRAEL ALBERT |
| 12. TELEPHONE NO | [redacted] |
| 24. TIME OF OCCURRENCE (ON OR BET) | 11:00 Wed 01 06 2016 / 11:17 Wed 01 06 2016 |
| 25. WAS FORCE USED? | YES |
| 13. RESIDENCE OF PERSON REPORTING CRIME | [redacted] NEWARK NJ |
| 26. WAS A WEAPON USED? | YES |
| 14. MONTH DAY YEAR | 01/06/2016 |
| 15. TIME REP'T | 11:17 |
| 16. OCCURRED ON VIEW | YES |
| 27. TYPE OF PREMISES OR PROPERTY ATTACKED | Dwelling |
| 28. HOW ATTACKED | Threatening with weapon |
| 29. MEANS OF ATTACK | Firearm |
| 30. OBJECT OF ATTACK (IF VEHICLE ANTI-THEFT DEVICE INSTALLED.) | Unknown |
| 33. NAME OF SUSPECT | [redacted] |
| SEX | M |
| RACE / ETHNICITY | B |
| WEIGHT | 200 |
| DESCRIBE CLOTHING WORN AND PECULIARITIES | BRAIDED HAIR/DREAD HAIR |
| EVENT # | P16005272 |
| CAMERA VISIBLE? | YES |

34. ADDITIONAL INFORMATION (DO NOT REPEAT INFORMATION LISTED IN NUMBERED BLOCKS)

ON TODAY'S DATE, 1/06/16, THE UNDERSIGNED OFFICER ALONG WITH OFFICER P. TORRES (UNIT 213) AND OFFICER J. STEWART RESPONDED TO [redacted] NEWARK NJ ON A REPORT OF A SUSPICIOUS PERSON WITH A WEAPON. UPON ARRIVING TO THE SCENE, OFFICERS MET WITH THE REPORTING PERSON, ISRAEL ALBERT ALMEIDA (PROPERTY MANAGER) WHO STATED THAT [redacted] WAS THREATENING WITH A FIREARM BY A MALE KNOWN TO...

| Field | Value |
|---|---|
| 34A. STRANGER TO STRANGER CRIME | Stranger |
| 34B. DOMESTIC VIOLENCE RELATED | N |
| 34C. REPORT SOURCE | DISPATCH |
| 41. NAME OR DETECTIVE NOTIFIED | SGT SARA, HUSSEIN |
| 42. SIGNATURE OF REPORTING OFFICER | PO HERNANDEZ, GILBERT   9940 |
| 43. STATUS OF OFFENSE | NOT CLEARED |
| 45. STATUS OF CASE | PENDING ACTIVE |
| 50. SUPERVISOR APPROVING & CLASSIFYING | 6912  LT BRADY, WILLIAM |
| (DATE) | 1/6/2016 |
| 51. TIME APPROVED | 13:33 |

DPI 802 REV 6/94 75M

THE AREA AS ▮▮▮▮▮ MR. ▮▮▮▮▮ DECLINED TO PROVIDE OFFICERS DETAILS OF THE INCIDENT FOR FEAR OF RETALIATION, HOWEVER, DUE TO RECENT NARCOTIC ACTIVITY AND RECENT SHOOTINGS IN THE AREA, AN INCIDENT REPORT WAS FILED.

MR. ALMEIDA INDICATED THAT WHILE MR. ▮▮▮▮▮ WAS IN FRONT OF THE PROPERTY, HE ADVISED THE MALES IN FRONT OF LOCATION TO CLEAR THE ENTRANCE/WALKWAY DUE TO NUMEROUS COMPLAINTS OF INDIVIDUALS LOITERING IN FRONT OF THE LOCATION. SOON AFTER, A BLACK MALE KNOWN AS ▮▮▮▮▮ APPROACHED MR. ▮▮▮▮▮ WITH A FIREARM AND STATED TO HIM "I'LL BE BACK FOR YOU AND HIM"; HIM SPECIFYING THE PROPERTY MANAGER.

▮▮▮▮▮ AND THE OTHER UNKNOWN MALES LEFT THE AREA UPON OUR ARRIVAL. CANVASS OF THE AREA PROVIDED NEGATIVE RESULTS.

MAJOR CRIMES, SGT. H. SARA WAS NOTIFIED. A VICTIM NOTIFICATION FORM WAS COMPLETED AND SUBMITTED.

# NEWARK POLICE — INCIDENT REPORT

FILL OUT COMPLETE REPORT WHEN LISTED IN CLASSIFICATION LIST AND REPORT GUIDE AS 802 (NO ASTERISK).
DO NOT FILL OUT SHADED PORTION WHEN LISTED 802* (WITH ASTERISK).

| # | Field | Value |
|---|---|---|
| 1 | VICTIMS OR COMPLAINANTS NAME | [redacted] |
| 2 | TELEPHONE | |
| 17 | STATUTE OF ORDINANCE | 2C:12-1B |
| 18 | SECTOR | 212 |
| 19 | COMMAND | NORTH |
| 20 | CENT COMPLT NO | C16021510 |
| 3 | RESIDENT NUMBER (STREET) (FLOOR OR APT) | [redacted] NEWARK NJ 07107 |
| 21 | REPORTING OFFICER (NAME) ID NO (COMMD) | PO GONZALEZ, EDGARDO  7695  NORTH |
| 4 | SEX | M |
| 5 | RACE/ETHNICITY | W |
| 6 | AGE | H |
| 7 | OCCUPATION | OWNER |
| 8 | INJURY | NO |
| 22 | INCIDENT | AGGRAVATED ASSAULT |
| 22A | OCC ON PUB. HOUS. PROP? | NO |
| 9 | SOBRIETY OF VICTIM | SOBER |
| 10 | CAN VICT IDENT OFFENDER | NO |
| 23 | LOCATION | 340 N 7TH ST, NEWARK NJ 07107 |
| — | GANG RELATED | YES |
| 11 | PERSON REPORTING CRIME | ALMEIDA, ALBERT |
| 12 | TELEPHONE NO | [redacted] |
| 24 | TIME OF OCCURRENCE (ON OR BET) | 09:00 Sat 04 30 2016 / 09:00 Mon 05 02 2016 |
| 25 | WAS FORCE USED? | YES |
| 26 | WAS A WEAPON USED? | YES |
| 13 | RESIDENCE OF PERSON REPORTING CRIME | [redacted] NEWARK, NJ 07104 |
| 14 | MONTH DAY YEAR | 05/03/2016 |
| 15 | TIME REP'T | 11:10 |
| 16 | OCCURRED ON VIEW | NO |
| 27 | TYPE OF PREMISES OR PROPERTY ATTACKED | Commercial |
| 28 | HOW ATTACKED | Shooting |
| 29 | MEANS OF ATTACK | Firearm |
| 30 | OBJECT OF ATTACK | Unknown |
| 33 | NAME OF SUSPECT | UNK. |
| — | SEX / RACE / AGE | M / B / U |
| — | DESCRIBE CLOTHING WORN AND PECULIARITIES | DARK CLOTHING & SKI MASKS |
| — | EVENT # | P16116124 |
| — | CAMERA VISIBLE? | YES |

### 34. ADDITIONAL INFORMATION

WHILE WORKING AS UNIT-212A AND USING MPU#227, THE BELOW LISTED OFFICER WAS DISPATCHED TO [redacted] A SHOOTING NO HIT CALL.

ONCE ON THE SCENE I WAS MET BY THE CALLER MR. ALBERT ALMEIDA WHO IS CONTRACTED TO MANAGE THE BUILDING BY THE OWNER. MR ALBERT ALMEIDA FURTHER STATES HE HAS HAD NUMEROUS PROBLEMS WITH THE DRUG DEALERS WHICH HANG OUT...

| # | Field | Value |
|---|---|---|
| 34A | STRANGER TO STRANGER CRIME | Stranger |
| 34B | DOMESTIC VIOLENCE RELATED | N |
| 34C | REPORT SOURCE | DISPATCH |

### 36. OTHER OFFICERS AT SCENE

| RANK / NAME | ID NO | VEH NO | COMMAND | (I D NO) |
|---|---|---|---|---|
| SGT SANCHEZ, ANGEL | 8014 | 203 | NORTH | 8014 |
| SGT BAKER, BARRY | 7054 | 640 | DETECTIVE BUREAU | 7054 |
| BROWN, RODERICK | 7554 | 647 | DETECTIVE BUREAU | 7554 |

| # | Field | Value |
|---|---|---|
| 38 | PERSONS ARRESTED | NONE |
| 39 | WITNESSES | NONE |
| 41 | NAME OR DETECTIVE NOTIFIED | DET PADILLA JR., FELIBERTO |
| 42 | SIGNATURE OF REPORTING OFFICER | PO GONZALEZ, EDGARDO 7695 |
| 50 | SUPERVISOR APPROVING & CLASSIFYING | 7054 SGT BAKER, BARRY |
| — | DATE | 5/3/2016 |
| 51 | TIME APPROVED | 15:09 |

DPI 802 REV 6/94 75M

Page 1 Of 2

# NEWARK POLICE INCIDENT REPORT

FILL OUT COMPLETE REPORT WHEN LISTED IN CLASSIFICATION LIST AND REPORT GUIDE AS 802 (NO ASTERISK).
DO NOT FILL OUT SHADED PORTION WHEN LISTED 802* (WITH ASTERISK).

| # | Field | Value |
|---|---|---|
| 1 | VICTIMS OR COMPLAINANTS NAME | ALMEIDA, ISREAL |
| 2 | TELEPHONE | [redacted] |
| 17 | STATUTE OF ORDINANCE | 2C:15-1 |
| 18 | SECTOR | 212 |
| 19 | COMMAND | NORTH |
| 20 | CENT COMPLT NO | C15062262 |
| 3 | RESIDENT NUMBER (STREET) (FLOOR OR APT) | [redacted] NEWTON NJ 07860 |
| 21 | REPORTING OFFICER (NAME) ID NO (COMMD) | PO BATES, QUEEN  9804  NORTH |
| 4 | SEX | M |
| 5 | RACE/ETHNICITY | WH |
| 6 | AGE | 41 |
| 7 | OCCUPATION | CONSTRUCT |
| 8 | INJURY | NO |
| 22 | INCIDENT | ROBBERY |
| 22A | OCC ON PUB. HOUS. PROP? | NO |
| 9 | SOBRIETY OF VICTIM | SOBER |
| 10 | CAN VICT IDENT OFFENDER | YES |
| 23 | LOCATION | [redacted] NEWARK NJ |
| | GANG RELATED | NO |
| 11 | PERSON REPORTING CRIME | ALMEIDA, ISREAL |
| 12 | TELEPHONE NO | [redacted] |
| 13 | RESIDENCE OF PERSON REPORTING CRIME | [redacted] NEWTON NJ 07860 |
| 24 | TIME OF OCCURRENCE (ON OR BET) | HOUR 16:00 / 17:00  DAY Fri/Fri  MONTH 12/12  DAY 18/18  YEAR 2015/2015 |
| 25 | WAS FORCE USED? | YES |
| 26 | WAS A WEAPON USED? | NO |
| 14 | MONTH DAY YEAR | 12/21/2015 |
| 15 | TIME REP'T | 11:00 |
| 16 | OCCURRED ON VIEW | YES |
| 27 | TYPE OF PREMISES OR PROPERTY ATTACKED | Street |
| 28 | HOW ATTACKED | Threatening - no weapon |
| 29 | MEANS OF ATTACK | No Physical Force |
| 30 | OBJECT OF ATTACK | Personal Gain |
| 31 | MODUS OPERANDI | SEE NARRATIVE |
| 33 | NAME OF SUSPECT | UNKNOWN |
| | SEX / RACE | M / B |
| EVENT # | | P15398659 |
| | CAMERA VISIBLE? | (blank) |

**34. ADDITIONAL INFORMATION (DO NOT REPEAT INFORMATION LISTED IN NUMBERED BLOCKS)**

THE ABOVE VICTIM WALKED INTO [redacted] STATING HE EXITED THE ABOVE LOCATION OF [redacted] STREET WHEN AN UNKNOWN MALE THAT HANGS OUT ALL THE TIME IN THAT AREA APPROACHED HIM AND STATED "GIVE ME YOUR SHIT" WHILE HOLDING A SCREW DRIVER. AT THIS TIME THE VICTIM PUSHED THE SUSPECT AND THE SUSPECT FLED THE SCENE ON 4TH AVE.
THE VICTIM STATES THAT THE SUSPECT SELLS NARCOTICS IN THAT AREA AND DOESN'T LIKE THE FACT THAT THE...

| Field | Value |
|---|---|
| 34B. DOMESTIC VIOLENCE RELATED | N |
| 34C. REPORT SOURCE | WALK-IN |
| 41. NAME OR DETECTIVE NOTIFIED | DET RODRIGUEZ, GERARDO |
| 42. SIGNATURE OF REPORTING OFFICER | PO BATES, QUEEN  9804 |
| 43. STATUS OF OFFENSE | NOT CLEARED |
| 45. STATUS OF CASE | PENDING ACTIVE |
| 50. SUPERVISOR APPROVING & CLASSIFYING | 7445  SGT FERREIRA, ILIDIO |
| (DATE) | 12/25/2015 |
| 51. TIME APPROVED | 06:11 |

DP1 802 REV 6/94 75M

BUILDING THE VICTIM IS FIXING UP IS PREVENTING THE SUSPECT FROM HIDING NARCOTICS WHERE HE USUALLY HIDES IT (ALLEY WAY).
VICTIM STATED HE WAS TOLD TO WATCH HIS BACK.
SPOKE TO DET. RODRIGUEZ #9485 AT ROBBERY SQUAD.

These pictures are of the recent crime scene where I was tagged for harm by the gangs:

MULTIPLE BULLET HOLES



BLOODS GANG SYMBOLS AND ROLLING WITH 2 40'S REFERENCE (.40 CALIBER), B DOWN ARROW IS FOR "BEAT DOWN"



SNITCHES GET STICHES AND GRAPES FOR "CRIPS" SYMBOL, AND FOR ME CALLING THE COPS



Second location where my name is referenced. I am known as Al to them



Additional reference to my name directly:

