

# Town of Newton

Council-Manager Plan Since 1956

POLICE DEPARTMENT
MICHAEL S. RICHARDS, Chief
TELEPHONE: 973-383-2525

39 TRINITY STREET
NEWTON, NEW JERSEY
07860

May 7, 2015

Mr. Michael R. Tumminelli
████████████████
Newton, New Jersey 07860

Dear Mr. Tumminelli,

This letter is to inform you that, after meeting with you on April 23, 2015and careful review of the all the documentation you've provided, your application for a permit to carry a handgun has been denied in accordance with the criteria set forth in New Jersey Statute, specifically for failing to factually demonstrate a justifiable need to carry a handgun as described in N.J.A.C. 13:54-2.4 (d).

Pursuant to N.J.A.C. 13:54-2.8, you may request a hearing in the Superior Court of Sussex County. Such request must be made in writing within 30 days of denial of the application and copies of the request shall be served on the Superintendent of the NJ State Police, the Sussex County Prosecutor and the Chief of Police for the Town of Newton.

If you have any further questions, please contact me at Newton Police Headquarters.

Sincerely,

*[signature]*

Michael S. Richards
Chief of Police

cc:   Sgt. Steve Benson – Newton Police Department

Exhibit "11"