

**DEPARTMENT OF THE ARMY**
US ARMY RESEARCH, DEVELOPMENT AND ENGINEERING COMMAND
ARMAMENT RESEARCH, DEVELOPMENT AND ENGINEERING CENTER
PICATINNY ARSENAL, NEW JERSEY 07806-5000

30 April 2015

Chief Michael S. Richards
Chief of Police - Newton
39 Trinity Street
Newton, NJ 07860

Dear Chief Richards:

This memorandum is to acknowledge that Mr. Michael R. Tumminelli is an employee of the Armament Research, Development and Engineering Center under the United States Army and the Department of Defense. Mr. Tumminelli's sensitive position and his daily duties require him to work with multiple U.S. Law Enforcement and U.S. Special Operations Task Forces. Mr. Tumminelli will continue through the foreseeable future as a dedicated member to meet the U.S. National Security Mission.

Sincerely,

John F. Hedderich, III
Director, ARDEC



Malcolm Baldrige
National
Quality
Award
2007 Award
Recipient

Exhibit "12"



Printed on Recycled Paper