IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and<br>MICHAEL R. TUMMINELLI<br><br>　Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, et al.<br><br>　Defendants. | )<br>)<br>)　Case No. 2:16-cv-03411<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF STEPHEN D. STAMBOULIEH

STATE OF MISSISSIPPI }

COUNTY OF MADISON }

STEPHEN D. STAMBOULIEH, being duly sworn, hereby deposed and says as follows:

1. I am a solo-practitioner at the law firm Stamboulieh Law, PLLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-styled matter.

3. The client has requested to be represented by said attorney.

4. As shown in the Letter of Good Standing, attached as Exhibit "A" to the accompanying Motion, I am a member in good standing of the Mississippi Bar.

5. I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

6. I am a member of good standing of the following bars:

> The Mississippi Bar, Admitted 2008
> P.O. Box 2168
> Jackson, MS 39223
> (601) 948-4471
>
> Supreme Court of Mississippi, Admitted 2008
> 450 High Street
> Jackson, MS 39201
> (601) 359-3694
>
> Northern District of Mississippi, Admitted 2008
> 911 Jackson Avenue E
> Oxford, MS 38655
> (662) 234-1971
>
> Southern District of Mississippi, Admitted 2008
> United States Courthouse
> 501 E. Court Street
> Suite 2.500
> Jackson, MS 39201
> (601) 608-4000
>
> Northern District of Texas, Admitted 2014
> 1100 Commerce Street
> Dallas, TX 75242
> (214) 753-2200
>
> Third Circuit Court of Appeals, Admitted 2015
> James A. Byrne United States Courthouse
> 601 Market Street
> Philadelphia, PA  19106

(215) 597-2995

Fifth Circuit Court of Appeals, Admitted 2015
600 S. Maestri Place
New Orleans, LA 70130
(504) 310-7700

Ninth Circuit Court of Appeals, Admitted 2015
THE JAMES R. BROWNING COURTHOUSE
95 7th Street
San Francisco, CA 94103
(415) 355-8000

Court of Federal Claims, Admitted 2015
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20439
(202) 357-6400

District Court of Washington, D.C., Admitted 2015
333 Constitution Ave., NW #4400
Washington, D.C. 2001
(202) 354-3080

7. I will submit to this Court's jurisdiction for discipline.

8. I shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

9. I shall pay the clerk's fee of $150.00, pursuant to Local Rule 101.1(c)(3) and shall abide by Local Rule 101.1(c) and the Rules of this Court.

Wherefore, this Affiant respectfully submits that he be permitted to appear and advocate pro hac vice in this case.

Respectfully submitted,

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784

Dated: June 15, 2016.

SWORN TO AND SUBSCRIBED before me, this the 15th day of June, 2016, by Stephen D. Stamboulieh who is personally known to me.



Rebecca Ann Waggener
Notary Public