IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI<br><br>  Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, et al.<br><br>  Defendants. | )<br>)<br>)  Case No. 2:16-cv-03411-<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

**AFFIDAVIT OF RYAN S. WATSON IN SUPPORT OF PLAINTIFFS' APPLICATION TO ADMIT COUNSEL PRO HAC VICE**

---

COMMONWEALTH OF PENNSYLVANIA  }

COUNTY OF DELAWARE                        }

RYAN S. WATSON, being duly sworn, hereby deposed and says as follows:

1. I am a member in good standing of the New Jersey Bar.

2. This affidavit is given in support of the application of Stephen D. Stamboulieh to be admitted pro hac vice in the above styled case.

3. I, Ryan S. Watson, as counsel of record in this matter, am responsible for the conduct of the pro hac vice attorney.

4. I will ensure that pro hac vice counsel will comply with Local Rule 101.1(c).

5. This affidavit certifies that both the affiant, as local counsel, and pro hac vice counsel, will comply with all the requirements of the rules of this Court, including the rule regarding local counsel to sign and file all papers, enter appearances for parties, sign stipulations, etc.

                                          Ryan S. Watson
                                          Law Offices of J. Scott Watson, P.C.
                                          24 Regency Plaza
                                          Glen Mills, PA  19342
                                          (610) 358-9600
                                          NJ Bar No. 089642013

Dated: June 16th, 2016.

    SWORN TO AND SUBSCRIBED before me, this the 16th day of June, 2016, by Ryan S. Watson who is personally known to me.

                                          Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRYAN W. SCHULTZ, Notary Public
Concord Township, Delaware County
My Commission Expires June 10, 2018