IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | | |
|---|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI | ) ) | |
| | ) | Case No. 2:16-cv-03411- |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE HON. N. PETER CONFORTI, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PROPOSED ORDER

THIS MATTER having been brought before the Court by Ryan S. Watson, Esq., attorney for

Plaintiffs, on application for an Order allowing Stephen D. Stamboulieh, Esq., to appear and

participate pro hac vice, and the Court having considered the Motion, and this matter being

considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this, the ___ day of 2016,

ORDERED that Stephen D. Stamboulieh, Esq., a member of the Mississippi Bar, be

permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c) and

it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by

a member or association of the law firm of the Law Offices J. Scott Watson, P.C., attorney of

record for Plaintiffs who is admitted to the Bar of this Court and shall be held responsible for

said papers and for the conduct of the case and who will be held responsible for the conduct of

the attorney admitted hereby; and it is further

ORDERED that Stephen D. Stamboulieh, Esq., shall pay the annual fee to the New Jersey

Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within

twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Stephen D. Stamboulieh, Esq., shall make payment of $150.00 to the Clerk

of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within

twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Stephen D. Stamboulieh, Esq., shall be bound by the Rules of the United

States District Court for the District of New Jersey, including, but not limited to the provisions of

L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline

of Attorneys; and it is further

ORDERED that Stephen D. Stamboulieh, Esq., shall be deemed to have agreed to take no fee

in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as

amended.


_____
United States Magistrate Judge