IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and<br>MICHAEL R. TUMMINELLI<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>THE HON. N. PETER CONFORTI, et al.<br><br>　　　Defendants. | Case No. 2:16-cv-03411- |

## ~~PROPOSED~~ ORDER

THIS MATTER having been brought before the Court by Ryan S. Watson, Esq., attorney for Plaintiffs, on application for an Order allowing Stephen D. Stamboulieh, Esq., to appear and participate pro hac vice, and the Court having considered the Motion, and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this, the 21st day of June 2016,

ORDERED that Stephen D. Stamboulieh, Esq., a member of the Mississippi Bar, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c) and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or association of the law firm of the Law Offices J. Scott Watson, P.C., attorney of record for Plaintiffs who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Stephen D. Stamboulieh, Esq., shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Stephen D. Stamboulieh, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Stephen D. Stamboulieh, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L.Civ.R. 104.1, <u>Discipline of Attorneys</u>; and it is further

ORDERED that Stephen D. Stamboulieh, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
United States Magistrate Judge
Hon. James B. Clark, III, U.S.M.J.

(This order terminates Dkt. No. 3)