IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and<br>MICHAEL R. TUMMINELLI<br><br>   Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, et al.<br><br>   Defendants. | Case No. 2:16-cv-03411-KM-JBC |

**PLAINTIFFS' MOTION TO ADMIT COUNSEL PRO HAC VICE**

In accordance with Rule 101.1 of the Local Rules of the United States District Court of New Jersey that governs the admission and practice of attorneys in said District Court, the undersigned respectfully moves for the admission of Alan Alexander Beck, Esq., 2692 Harcourt Drive, 92123, (619) 905-9105, alan.alexander.beck@gmail.com, for the purposes of appearing as counsel on behalf of Plaintiffs, herein, in the above-styled case only;

Alan Alexander Beck certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Hawaii Bar, California Bar, U.S. District Courts for the Northern, Southern, Eastern and Central of California, the U.S. District Court of Hawaii, the Third, Fifth and Ninth Circuit Courts of Appeals, and the U.S. Supreme Court. A Certificate of Good Standing from the

California Bar is attached hereto as Exhibit "A." His California bar number is 276646. Mr. Beck is a solo-practitioner and has been a member of the Hawaii Bar for over six (6) years. He has been a member of the California Bar for over 4 years. An affidavit of Alan Alexander Beck in support of this Motion to admit counsel pro hac vice is attached hereto as Exhibit "B."

In further support of this Motion, it is hereby designated that Ryan S. Watson is a member of the Bar of this Court. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the undersigned acts as a local counsel in this matter on behalf of the Plaintiffs.

### Consent to Designation

I hereby consent to the foregoing designation.

This, the 27th day of June, 2016.

Respectfully submitted,

_____
RYAN S. WATSON

**Of Counsel:**

Ryan S. Watson
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA  19342
(610) 358-9600
NJ Bar No. 089642013
ryan.watson@jscottwatson.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27th, 2016, I electronically filed the foregoing document or pleading using the CM/ECF system which generated a NEF for all counsel of record.

I hereby certify that the following non-CM/ECF participants were served a copy of the foregoing document or pleading by United States Postal Service, postage prepaid:

Honorable Carmen Alvarez
Superior Court, Appellate Division
P.O. Box 280
Cape May Court House, NJ 08210-0280

Robert Lougy
Acting Attorney General
25 Market Street
Trenton, NJ 08611

Shaina Brenner
Sussex County Prosecutor's Office
1921 High Street
Newton, NJ 07860

Chief Michael Richards
Newton Police Department
39 Trinity Street
Newton, NJ 07860

Chief Eric Danielson
Andover Township Police Department
134 Newton Sparta Road
Newton, NJ 07860

Honorable Marie Simonelli
Superior Court, Appellate Division
Leroy F. Smith, Jr. Public Safety Complex
60 Nelson Place, 8th Floor
Newark, NJ 07102-1501

The Honorable Peter Conforti
Superior Court, Criminal Division, Morris County
Sussex County Courthouse
4437 High Street, 3rd Floor
Newton, NJ 07860

Sussex County
Office of the County Administrator
One Spring Street
Newton, NJ 07860

By: _____
Ryan S. Watson