IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and<br>MICHAEL R. TUMMINELLI<br><br>   Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, et al.<br><br>   Defendants. | Case No. 2:16-cv-03411-KM-JBC |

**AFFIDAVIT OF RYAN S. WATSON IN SUPPORT OF PLAINTIFFS'
APPLICATION TO ADMIT COUNSEL PRO HAC VICE**

COMMONWEALTH OF PENNSYLVANIA}

COUNTY OF DELAWARE}

   RYAN S. WATSON, being duly sworn, hereby deposed and says as follows:

1. I am a member in good standing of the New Jersey Bar.

2. This affidavit is given in support of the application of Alan Beck to be admitted pro hac vice in the above styled case.

3. I, Ryan S. Watson, as counsel of record in this matter, am responsible for the conduct of the pro hac vice attorney.

4. I will ensure that pro hac vice counsel will comply with Local Rule 101.1(c).

5. This affidavit certifies that both the affiant, as local counsel, and pro hac vice counsel, will comply with all the requirements of the rules of this Court, including the rule regarding local counsel to sign and file all papers, enter appearances for parties, sign stipulations, etc.

_____
Ryan S. Watson
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA 19342
(610) 358-9600
NJ Bar No. 089642013

Dated: June 27th, 2016.

SWORN TO AND SUBSCRIBED before me, this the 27th day of June, 2016, by Ryan S. Watson who is personally known to me.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRYAN W. SCHULTZ, Notary Public
Concord Township, Delaware County
My Commission Expires June 10, 2018