IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and<br>MICHAEL R. TUMMINELLI<br><br>    Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, et al.<br><br>    Defendants. | Case No. 2:16-cv-03411-KM-JBC |

## AFFIDAVIT OF ALAN BECK

STATE OF CALIFORNIA  }

                            SS:

COUNTY OF SAN DIEGO}

ALAN ALEXANDER BECK, being duly sworn, hereby deposed and says as follows:

1. I am a solo-practitioner.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-styled matter.

3. The client has requested to be represented by said attorney.

4. As shown in the Letter of Good Standing, attached as Exhibit "A" to the accompanying Motion, I am a member in good standing of the California Bar.

5. I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed upon me in any jurisdiction.

6. I am a member of good standing of the following bars:

   Hawaii Bar, Admitted 2009
   1100 Alakea St #1000,
   Honolulu, HI 96813
   (808) 537-1868

   California Bar, Admitted 2011
   180 Howard St.
   San Francisco, CA 94105
   415-538-2000

   Southern District of California, Admitted 2013
   Address: 333 W Broadway #420,
   San Diego, CA 92101
   Phone:(619) 557-5600

   Northern District of California, Admitted 2013
   United States District Court
   450 Golden Gate Avenue, Box 36060
   San Francisco, CA 94102-3489
   (415)-522-2000

   Eastern District of California, Admitted 2013
   501 I Street,
   Sacramento, CA 95814
   916-930-4000

   Central District of California, Admitted 2014
   312 North Spring Street
   Los Angeles, CA 90012-4701
   (213) 894-1565

Third Circuit Court of Appeals, Admitted 2015
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106
215-597-2995

Fifth Circuit Court of Appeals, Admitted 2015
600 S. Maestri Place
New Orleans, LA 70130
(504) 310-7700

Ninth Circuit Court of Appeals, Admitted 2012
THE JAMES R. BROWNING COURTHOUSE
95 7th Street
San Francisco, CA 94103
(415) 355-8000

United State Supreme Court
1 First St NE,
Washington, DC 20543
(202) 479-3000

7. I will submit to this Court's jurisdiction for discipline.

8. I shall make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

9. I shall pay the clerk's fee of $150.00, pursuant to Local Rule 101.1(c)(3) and shall abide by Local Rule 101.1(c) and the Rules of this Court.

Wherefore, this Affiant respectfully submits that he be permitted to appear and advocate pro hac vice in this case.

Alan Beck
Attorney at Law
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9150
Alan.alexander.beck@gmail.com
CA Bar No. 276646

Dated: June 18, 2016.

SWORN TO AND SUBSCRIBED before me, this the 18 day of June, 2016, by Alan Alexander Beck who is personally known to me.

Notary Public

EFRAIN ZAMBRANO-CORONA
COMM. #2138573
Notary Public - California
San Diego County
My Comm. Expires Jan. 14, 2020