# DORSEY & SEMRAU

| | | |
|---|---|---|
| FRED SEMRAU | ATTORNEYS AT LAW | JOHN H. DORSEY |
| TRACY W. SCHNURR* | 714 MAIN STREET | NANETTE S. THOMAS |
| DAWN M. SULLIVAN* | P.O. BOX 228 | OF COUNSEL |
| JOSEPH E. BOCK, JR. | BOONTON, NJ 07005 | |
| SUSAN C. SHARPE | 973-334-1900 | |
| *SENIOR ASSOCIATE | FACSIMILE 973-334-3408 | |

dsullivan@dorseysemrau.com

June 30, 2016

Clerk
United States District Court
For the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

  Re: Almeida v. Hon. N. Peter Conforti, et al.
     Civil Action No. 16-CV-03411-KM-JBC

Dear Sir/Madam:

On behalf of Defendant, Chief Eric Danielson, in his official capacity as Chief of Police of Andover Township, we are filing an Answer and Separate Defenses and Certification of Service.

If you have any questions, please do not hesitate to contact us.

          Very truly yours,

          /s/  Dawn M. Sullivan
          Dawn M. Sullivan

Enclosures

DMS/smd

cc: Township of Andover