Fred C. Semrau, Esq.
Dawn M. Sullivan, Esq.
**DORSEY & SEMRAU, LLC**
714 Main Street
P.O. Box 228
Boonton, New Jersey 07005
(973) 334-1900 Telephone
(973) 334-3408 Facsimile
Attorneys for Defendant, Chief Eric Danielson, in his official capacity
as Chief of Police of Andover Township

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK, NEW JERSEY

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI,<br><br>      Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, in his Official Capacity as Judge of the Superior Court of Sussex County; SHAINA BRENNER, in her Official Capacity as Sussex County Prosecutor; CHIEF ERIC DANIELSON, in his Official Capacity as Chief of Police of Andover Township; THE HON. CARMEN H. ALVAREZ, in her Official Capacity as Judge of the Superior Court of New Jersey, Appellate Division; and THE HON. MARIE P. SIMONELLI, in her Official Capacity as Superior Court of New Jersey, Appellate Division; MICHAEL S. RICHARDS, in his Official Capacity as Chief of Police Newton, New Jersey; ROBERT LOUGY, in his Official Capacity as Acting Attorney General of New Jersey; SUSSEX COUNTY, New Jersey; and JOHN DOES 1-50,<br>      Defendants. | Civil Action No.:<br>16-CV-03411-KM-JBC<br><br>**CERTIFICATION OF SERVICE** |

  I certify that on the date noted below the within Answer and Separate Defenses was filed with the Clerk, United States District Court for the District of New Jersey via Electronic Case Filing system. All parties of record have been filed via ECF as well.

DORSEY & SEMRAU, LLC
Attorneys for Defendant, Chief Eric
Danielson, in his official capacity
as Chief of Police of Andover Township


By:     /s/   *Dawn M. Sullivan*
        Dawn M. Sullivan, Esq.

Dated: June 30, 2016