# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:16-CV-03411-KM-JBC |
| THE HON. N. PETER CONFORTI, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael S. Richards, Chief of Police Newton, New Jersey

Date: 06/30/2016

*Attorney's signature*

Ursula H. Leo. - NJ State Bar # - 015762003
*Printed name and bar number*
LADDEY, CLARK & RYAN, LLP
60 Blue Heron Road, Suite 300
Sparta, NJ 07871
*Address*

uleo@lcrlaw.com; vkammerer@lcrlaw.com
*E-mail address*

(973) 729-1880
*Telephone number*

(973) 729-1224
*FAX number*