*Ursula H. Leo, Esq. (015762003)*
**LADDEY, CLARK & RYAN, LLP**
*Attorneys-at-Law*
*60 Blue Heron Road, Suite 300*
*Sparta, New Jersey 07871-2600*
*(973) 729-1880*
*Attorneys for Defendant, Michael S. Richards*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEW JERSEY, NEWARK DIVISION**

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI,<br><br>               Plaintiffs,<br><br>     -vs-<br><br>THE HON. N. PETER CONFORTI, in his Official Capacity as Judge of the Superior Court of Sussex County; SHAINA BRENNER, in her Official Capacity as Sussex County Prosecutor; CHIEF ERIC DANIELSON, in his Official Capacity as Chief of Police of Andover Township; THE HON. CARMEN H. ALVAREZ, in her Official Capacity as Judge of Superior Court of New Jersey, Appellate Division; and THE HON. MARIE P. SIMONELLI in her Official Capacity as Superior Court of New Jersey, Appellate Division; MICHAEL S. RICHARDS in his Official Capacity as Chief of Police Newton, New Jersey; ROBERT LOUGY, in his Official Capacity as Acting Attorney General of New Jersey; SUSSEX COUNTY, New Jersey; and JOHN DOES 1-50,<br>               Defendants. | CASE NO. 2:16-CV-03411-KM-JBC<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

PLEASE TAKE NOTICE, that Pursuant to Local Civil Rule 6.1(b), application is hereby made for a Clerk's Order extending time within which defendant, **MICHAEL S.**

**RICHARDS**, may answer, move, or otherwise reply to the Complaint filed by plaintiffs herein; and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on **June 17, 2016**;
3. Time to Answer, Move, or otherwise Reply expires on **July 8, 2016**.

Dated: July 1, 2016.

         **LADDEY, CLARK & RYAN, LLP**
         Attorney for Defendant
         Michael S. Richards

         By: /s/   Ursula H. Leo
            Ursula H. Leo, Esq.

_____

### **ORDER**

The above application is ORDERED GRANTED and the time within which Defendant **MICHAEL S. RICHARDS** may answer, move, or otherwise reply to the Complaint is extended to **July 22, 2016**.

DATED:_____

         WILLIAM T. WALSH, Clerk

         By: _____
            Deputy Clerk