# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and<br>MICHAEL R. TUMMINELLI<br><br>Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, et al.<br><br>Defendants. | )<br>)<br>) Case No. 2:16-cv-03411-KM-JBC<br>)<br>)<br>) PROPOSED ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

On the basis of the briefs and supporting documents submitted by counsel for the respective parties, including the Verified Complaint filed in this matter, the Court hereby:

1. GRANTS Plaintiffs' Motion for Preliminary Injunction; and

2. ORDERS that for the pendency of this litigation, Plaintiffs shall be issued permits to carry a firearm, either openly or concealed; and

3. ORDERS an injunction restraining Defendants Chief Richards and Chief Danielson, and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of this injunction, from enforcing the justifiable need standard so as to deny, restrict, or limit Permits to Carry or applications for same for any reason other than those reasons specifically codified in the statutes and regulations of the State of New Jersey; and

4. ORDERS an injunction restraining Defendants Chief Richards and Chief Danielson and the Attorney General, and their officers, agents, servants, employees, and all persons in active concert or participation with them who receive notice of this injunction, from enforcing the Handgun Permit Laws so as to deny, restrict, or limit Permits to Carry or applications for same on the ground that an applicant does not have justifiable need as defined in the New Jersey administrative code which is ultra vires; and

5. ORDERS an injunction directing Chief Richards and Chief Danielson to approve the application for Tumminelli and Almeida for Permits to Carry.

It is SO ORDERED this the ____ day of _____, 2016.

 

                                                            _____
                                                            The Honorable Kevin McNulty
                                                            United States District Judge