Fred C. Semrau, Esq.
Dawn M. Sullivan, Esq.
**DORSEY & SEMRAU, LLC**
714 Main Street
P.O. Box 228
Boonton, New Jersey 07005
(973) 334-1900 Telephone
(973) 334-3408 Facsimile
Attorneys for Defendant, Chief Eric Danielson, in his official capacity
as Chief of Police of Andover Township

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, in his Official Capacity as Judge of the Superior Court of Sussex County; SHAINA BRENNER, in her Official Capacity as Sussex County Prosecutor; CHIEF ERIC DANIELSON, in his Official Capacity as Chief of Police of Andover Township; THE HON. CARMEN H. ALVAREZ, in her Official Capacity as Judge of the Superior Court of New Jersey, Appellate Division; and THE HON. MARIE P. SIMONELLI, in her Official Capacity as Superior Court of New Jersey, Appellate Division; MICHAEL S. RICHARDS, in his Official Capacity as Chief of Police Newton, New Jersey; ROBERT LOUGY, in his Official Capacity as Acting Attorney General of New Jersey; SUSSEX COUNTY, New Jersey; and JOHN DOES 1-50,<br>　　　　　　　　　Defendants. | Civil Action No.:<br>16-CV-03411-KM-JBC<br><br>**CERTIFICATION OF SERVICE (REVISED)** |

　　　　I certify that on June 30, 2016 the within Answer and Separate Defenses was filed with the Clerk, United States District Court for the District of New Jersey via Electronic Case Filing system. All parties of record registered with ECF were served via ECF. All parties not

registered with ECF, as noted on the attached Service Rider, were filed via regular mail on July 5, 2016.

          DORSEY & SEMRAU, LLC
          Attorneys for Defendant, Chief Eric
          Danielson, in his official capacity
          as Chief of Police of Andover Township

By:     */s/ Dawn M. Sullivan*
        Dawn M. Sullivan, Esq.

Dated: July 5, 2016