**Almeida v. Hon. N. Peter Confoti, et al.**
**16-cv-03411-KM-JBL**
**Service Rider**

| | |
|---|---|
| Honorable Carmen Alvarez, J.A.D.<br>New Jersey Superior Court, Appellate Division<br>Cape May County Courthouse<br>9 North Main Street<br>PO Box 280<br>Cape May Court House, New Jersey 08210 | Robert Lougy, Esq.<br>Acting Attorney General<br>25 Market Street<br>Trenton, New Jersey  08611 |
| Shaina Brenner, Esq.<br>Sussex County Prosecutor's Office<br>1921 High Street<br>Newton, New Jersey  07860 | Chief Michael Richards<br>Newton Police Department<br>39 Trinity Street<br>Newton, New Jersey  07860 |
| Honorable N. Peter Conforti, J.S.C.<br>Sussex County Superior Court<br>Sussex County Courthouse<br>43-47 High Street, Third Floor<br>Newton, New Jersey  07860 | Honorable Marie P. Simonelli, J.A.D.<br>Leroy F. Smith, Jr. Public Safety Complex<br>60 Nelson Place, Eight Floor<br>Newark, New Jersey 07102-1501 |
| John D. Williams, Esq.<br>Sussex County Counsel<br>One Spring Street, Second Floor<br>Newton, New Jersey  07860 | |