CHRISTOPHER S. PORRINO
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Defendants Honorable N. Peter Conforti and Shaina Brenner*


By:   Matthew J. Lynch
      Deputy Attorney General
      (609) 633-8687

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| ISRAEL ALMEIDA, MICHAEL TUMMINELLI, | : : : | HON. KEVIN MCNULTY, U.S.D.J. Civil Action No 16-3411. (KM-JBC) |
| Plaintiffs, v. HON. N. PETER CONFORTI, ET AL., Defendants. | : : : : : | **APPLICATION FOR CLERK'S EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** |

Application is hereby made for a Clerk's Order extending the time within which Defendants Honorable N. Peter Conforti and Shaina Brenner may answer, move or otherwise reply to Plaintiff's Complaint, and it is represented that:

1. No previous extension has been obtained on behalf of these Defendants to answer, move or otherwise reply to Plaintiff's Complaint; and

2. Service of Process was effectuated on these Defendants on June 17, 2016 and time to answer, move or otherwise reply on their behalf expires on July 11, 2016, pursuant to the Rules of this Court.

                CHRISTOPHER S. PORRINO
                ACTING ATTORNEY GENERAL OF NEW JERSEY

By: s/Matthew J. Lynch
    Matthew J. Lynch
    Deputy Attorney General

DATED: July 8, 2016

The above application is ORDERED GRANTED, and the time within which to answer, move or otherwise reply to Plaintiff's Amended Complaint on behalf of Defendant New Jersey State Police is extended to July 25, 2016.

                WILLIAM T. WALSH, CLERK

By: _____
      Deputy Clerk

ORDER DATED: _____