| | |
|---|---|
| ISRAEL ALBERT ALMEIDA, ET AL.<br><br>                    Plaintiff<br>vs.<br>N. PETER CONFORTI, ET AL.<br><br>                    Defendant | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>DOCKET NO.: 2:16-cv-03411-KM-JBC |

**Person to be served** (Name & Address):
Honorable Carmen Alvarez c/o NJ AOC
25 Market Street
Trenton, NJ

**Attorney:** File#:

Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130   Ph: 601/852-3440

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons and Complaint

**Service Data:**

Served Successfully __XXXX__     Not Served _____     Date: 07/08/2016     Time: 9:00 am

_____ Delivered a copy to him / her personally

__XXXX__ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

Name of Person Served and relationship / title:
**Linda Hendricks, AOC Counsel's Office**
**Pursuant to Rule 4:4-4(a)(1).**

Actual place of service:
**25 Market Street**
**Trenton, NJ**

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

**Description of Person Accepting Service:**

Sex: FEMALE   Age: 60   Height: 5'6"   Weight: 140 lbs   Skin Color: WHITE   Hair Color: Gray

**Unserved:**

____ Defendant is unknown at the address furnished by the attorney
____ All reasonable inquiries suggest defendant moved to an undetermined address
____ No such street in municipality
____ No response on: _____ Date _____ Time         _____ Date _____ Time
                                                 _____ Date _____ Time
____ Other: _____   Comments or Remarks _____

**Server Data:**

Subscribed and Sworn to me this
____ day of July 2016

_[signature]_
Name of Notary / commission expiration
**Donna-Marie Carlucci**
**ID# 2071065**
**Notary Public of New Jersey**
**My Commission Expires February 10, 2020**

I, JOHN PEREZ, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_ Date
JOHN PEREZ
NJ LEGAL PROCESS SERVICE, LLC
P.O. Box 481, Springfield, NJ  07081
973.801.6173