# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE June 17 2016 | |
|---|---|---|
| NAME OF SERVER (PRINT) John Borawic | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __Andover Township Police Dept__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __June 17 2016__           _[signature]_
                Date                            Signature of Server

__56 Rynn Rd Wantage 07461__
Address of Server

_Breana Underwood_

**BREANA UNDERWOOD**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires 11/27/2018