## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE June 17 2016 |
| NAME OF SERVER (PRINT) John Borowic | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Amanda Howson

☐ Returned unexecuted: _____

☒ Other (specify): Receptionist for Shianne Brenna

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 17 2016    *Signature of Server*

Address of Server: 56 Ryan Rd Wantage 07461

Breana Underwood

**BREANA UNDERWOOD**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires 11/27/2018