| | |
|---|---|
| ISRAEL ALBERT ALMEIDA, ET AL<br><br>               Plaintiff<br>VS.<br>N. PETER CONFORTI, ET AL<br>               Defendant | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 2:16-cv-03411-KMJBC |

**Person to be served** (Name & Address):
Robert Lougy, Acting Attorney General
25 Market Street
Trenton, NJ 08611
**Attorney:** File#:

Israel A. Almeida
23 Greendale Rd
Newton, NJ 07860  Ph:

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:**
Summons, Verified Complaint for Declaratory and Injunctive Relief and related documents.

**Service Data:**
Served Successfully  XXXX     Not Served _____     Date: 06/24/2016     Time: 9:08 AM

_____ Delivered a copy to him / her personally

_____ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

XXXX  Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:
Eileen McManimon, a person designated and authorized to accept service of process
Pursuant to Rule 4:4-4(a)(7).

Actual place of service:
25 Market Street
Trenton, NJ 08611

**Description of Person Accepting Service:**
Sex: FEMALE   Age: 55   Height: 5'   Weight: 135 lbs   Skin Color: WHITE   Hair Color: White

**Unserved:**
_____ Defendant is unknown at the address furnished by the attorney
_____ All reasonable inquiries suggest defendant moved to an undetermined address
_____ No such street in municipality
_____ No response on: _____ Date _____ Time      _____ Date _____ Time
                                              _____ Date _____ Time

_____ Other:_____     Comments or Remarks_____

**Server Data:**

Subscribed and Sworn to me this
24 day of June 2016

_Maria Teresa Perez_ (signature)
Name of Notary / commission expiration

[Notary Stamp: Maria Teresa Perez, Notary Public, New Jersey, My Commission Expires 6-05-14]

I, JOHN PEREZ, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_John Perez_ (signature)     Date 6/24/16
JOHN PEREZ
NJ LEGAL PROCESS SERVICE, LLC
P.O. Box 481, Springfield, NJ 07081
973.801.6173