**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

July 22, 2016

**LETTER ORDER**

Re:   **Almeida, et al. v. Conforti, et al.**
      **Civil Action No. 16-3411 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders the following:

1) Defendants shall file their papers in response to Plaintiffs' preliminary injunction motion and any motions to dismiss (with supporting documents) by no later than **August 19, 2016**.

2) Plaintiffs shall file any response to Defendants' motions to dismiss and any replies in connection with their preliminary injunction motion by no later than **September 2, 2016**.

3) Defendants shall file any replies in connection with their motions to dismiss by no later than **September 14, 2016**.

4) Plaintiffs' motion for preliminary injunction and any motions to dismiss filed by Defendants shall be listed as returnable on **September 19, 2016**. Judge McNulty will advise the parties if and when he wishes to conduct oral argument on any or all of the motions.

5) Fact discovery shall be stayed pending decision on these motions.

6) The undersigned will conduct a telephone conference with the parties on **November 16, 2016 at 10:00 AM**. Counsel for Plaintiffs shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**