*Ursula H. Leo, Esq. (015762003)*
**LADDEY, CLARK & RYAN, LLP**
*Attorneys-at-Law*
*60 Blue Heron Road, Suite 300*
*Sparta, New Jersey 07871-2600*
*(973) 729-1880*
*Attorneys for Defendant, Michael S. Richards*

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI,<br><br>Plaintiffs,<br><br>-vs-<br><br>THE HON. N. PETER CONFORTI, et al.,<br><br>Defendants. | CASE NO. 2:16-CV-03411-KM-JBC<br><br>**PROPOSED ORDER** |

Presently before the Court is Defendant Michael S. Richards' Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). After reviewing the moving papers, opposition papers (if any), and oral argument (if any), and for good cause shown:

It is on this _____ day of September, 2016, **ORDERED** that:

1. The Verified Complaint is dismissed in its entirety, with prejudice, as to Defendant Michael S. Richards; and it is further

2. **ORDERED** that a copy of this Order shall be served upon all counsel of record within ____ days of its receipt by the moving party.

It is so ordered.

_____
The Honorable Kevin McNulty, U.S.D.J.