*Ursula H. Leo, Esq. (015762003)*
**LADDEY, CLARK & RYAN, LLP**
*Attorneys-at-Law*
*60 Blue Heron Road, Suite 300*
*Sparta, New Jersey 07871-2600*
*(973) 729-1880*
*Attorneys for Defendant, Michael S. Richards*

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI,<br><br>Plaintiffs,<br><br>-vs-<br><br>THE HON. N. PETER CONFORTI, et al.,<br><br>Defendants. | CASE NO. 2:16-CV-03411-KM-JBC<br><br>**MOTION DATE:<br>SEPTEMBER 19, 2016** |

**PROOF OF SERVICE**

I, Ursula H. Leo, Esq., certify that the following documents were filed with the Clerk of Court for the United States District Court for the District of New Jersey, via the Electronic Case Filing ("ECF") system:

- Notice of Motion to Dismiss Plaintiff's Complaint Against Defendant Michael S. Richards;

- Defendant Michael S. Richards' Consolidated Brief In Support Of Motion To Dismiss Plaintiff's Complaint And In Opposition To Plaintiff's Motion For Preliminary Injunction; and

- Proposed Order.

I further certify that the foregoing documents were served upon all counsel of record registered with ECF, via ECF on August 18, 2016.  A courtesy copy of the foregoing documents were mailed to the Court via regular mail on August 18, 2016.

                                              *LADDEY, CLARK & RYAN*
Attorneys for Defendant
Michael S. Richards

By:   Ursula H. Leo  /s/
       Ursula H. Leo, Esq.

Dated:  August 18, 2016