# DORSEY & SEMRAU

| | | |
|---|---|---|
| **FRED SEMRAU** | **ATTORNEYS AT LAW** | **JOHN H. DORSEY** |
| **TRACY W. SCHNURR*** | **714 MAIN STREET** | **NANETTE S. THOMAS** |
| **DAWN M. SULLIVAN*** | **P.O. BOX 228** | **OF COUNSEL** |
| **JOSEPH E. BOCK, JR.** | **BOONTON, NJ 07005** | |
| **SUSAN C. SHARPE** | **973-334-1900** | |
| ***SENIOR ASSOCIATE** | **FACSIMILE 973-334-3408** | |

dsullivan@dorseysemrau.com

August 18, 2016

**VIA ECF FILING**
Clerk
United States District Court
For the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

      Re:    Almeida v. Hon. N. Peter Conforti, et al.
              Civil Action No. 16-CV-03411-KM-JBC

Dear Sir/Madam:

      This firm represents Defendant, Chief Eric Danielson, in his official capacity as Chief of Police of Andover Township.  Please be advised that Chief Danielson makes no reply to Plaintiffs' Motion for Preliminary Injunction due to the fact that this motion is moot as to the Chief.

      Subsequent to the original application which forms the basis of the instant litigation, Plaintiff Almeida submitted a new application with additional support to the Andover Township Police Department.  Based upon that new application and supporting information, Chief Danielson approved the application for permit to carry.  Said approval was processed in the normal course, which means that it was forwarded to the Sussex County Court, Honorable N. Peter Conforti, J.S.C., to continue processing.

      Since Plaintiffs' motion is seeking action by Chief Danielson which has already been completed, the motion as to the Chief is moot.

      If you have any questions, please do not hesitate to contact us.

                                Very truly yours,

                                /s/     Dawn M. Sullivan
                                Dawn M. Sullivan

DMS/smd

cc:    All Counsel of Record via ECF Filing
          Chef Eric Danielson, Township of Andover Police Department
          Township of Andover