CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants Honorable N. Peter Conforti, Shaina Brenner, Honorable Carmen H. Alvarez, Honorable Marie P. Simonelli, and Robert Lougy*

By:  Matthew J. Lynch
     Deputy Attorney General
     (609) 633-8687
     matthew.lynch@dol.lps.state.nj.us

                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF NEWARK

_____      :
                           :
ISRAEL ALMEIDA, MICHAEL    :     HON. KEVIN MCNULTY, U.S.D.J.
TUMMINELLI,                :
                           :     Civil Action No 16-3411. (KM-JBC)
     Plaintiffs,           :
        v.                 :     **NOTICE OF APPEARANCE**
                           :
HON. N. PETER CONFORTI,    :
ET AL.,                    :
                           :
                           :
        Defendants.        :
_____

     Kindly enter my appearance on behalf of Honorable Carmen H. Alvarez, Honorable Marie P. Simonelli, and Robert Lougy with regard to the above captioned matter.


                    Respectfully submitted,

                    CHRISTOPHER S. PORRINO
                    ATTORNEY GENERAL OF NEW JERSEY

               By:/s/ Matthew J. Lynch_____

```
                              Matthew J. Lynch
                              Deputy Attorney General

Dated: August 19, 2016
```