CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for State Defendants*

By:  Vincent J. Rizzo, Jr.
     Deputy Attorney General
     (609) 633-7786

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                     VICINAGE OF NEWARK
```

|  |  |
|---|---|
| ISRAEL ALMEIDA, MICHAEL TUMMINELLI, | HON. KEVIN MCNULTY, U.S.D.J. |
| Plaintiffs, | Civil Action No 16-3411. (KM-JBC) |
| v. | |
| HON. N. PETER CONFORTI, ET AL., | **NOTICE OF APPEARANCE** |
| Defendants. | |

Kindly enter my appearance on behalf of Honorable N. Peter Conforti, Shaina Brenner, Honorable Carmen H. Alvarez, Honorable Marie P. Simonelli, and Christopher S. Porrino (plead as "Robert Lougy") with regard to the above captioned matter.

```
                      Respectfully submitted,

                      CHRISTOPHER S. PORRINO
                      ATTORNEY GENERAL OF NEW JERSEY

                   By: /s/Vincent J. Rizzo, JR.
                       Vincent J. Rizzo Jr.
```

                                                  Deputy Attorney General

Dated: August 19, 2016