CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for State Defendants*

By:  Vincent J. Rizzo, Jr.
     Deputy Attorney General
     (609) 633-7786

               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                  VICINAGE OF NEWARK

| | | |
|---|---|---|
| ISRAEL ALMEIDA, MICHAEL TUMMINELLI, | : | HON. KEVIN MCNULTY, U.S.D.J. |
| | : | Civil Action No 16-3411. (KM-JBC) |
| Plaintiffs, | : | |
| v. | : | **CERTIFICATION OF SERVICE** |
| HON. N. PETER CONFORTI, ET AL., | : | |
| Defendants. | : | |

I hereby certify that Defendants' Notice of Appearance and this Certification of Service were electronically filed with the Clerk of the United States District Court and that a copy of these documents will be served via ECF upon the following attorneys:

    Ryan Scott Watson, Esq.
    Law Offices of J. Scott Watson PC
    24 Regency Plaza
    Glen Mills, PA 19342

    Stephen Stamboulieh, Esq.

Stamboulieh Law PLLC
P.O. Box 4008
Madison, Mississippi 39130

Alan Alexander Beck, Esq.
2692 Harcourt Drive
San Diego, CA 92123

Dawn M. Sullivan, Esq.
Dorsey & Semrau LLC
714 Main Street
P.O. Box 228
Boonton, NJ 07005

Ursula Henrich Leo
Laddey, Clark & Ryan, LLP
60 Blue Heron Road
Suite 300
Sparta, NJ 07871-2600

A courtesy copy will be sent to the Hon. Kevin McNulty, U.S.D.J., marked as such.

                        CHRISTOPHER S. PORRINO
                        ATTORNEY GENERAL OF NEW JERSEY

               By: s/Vincent J. Rizzo, Jr.
                   Vincent J. Rizzo, Jr.
                   Deputy Attorney General

DATED: August 19, 2016