CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for State Defendants*

By:   Matthew J. Lynch
      Deputy Attorney General
      (609) 633-8687

      Vincent J. Rizzo, Jr.
      Deputy Attorney General
      (609) 633-7786

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| ISRAEL ALMEIDA and MICHAEL TUMMINELLI, : | HON. KEVIN MCNULTY, U.S.D.J. |
| Plaintiffs,   : | Civil Action No 16-3411 (KM-JBC) |
| v.   : | **STATEMENT THAT NO BRIEF IS NECESSARY IN ACCORDANCE WITH** |
| THE HON. N. PETER CONFORTI, et al., : | **L. CIV. R. 7.1(d)(4)** |
| Defendants.   : | |

I, Matthew J. Lynch, Deputy Attorney General, assigned to represent the Defendants, Honorable N. Peter Conforti, Shaina Brenner, Honorable Carmen H. Alvarez, Honorable Marie P. Simonelli, and Christopher S. Porrino (pled as Robert Lougy), hereby certify that no brief is necessary in support of Defendants' Motion to File Certain Exhibits Under Seal.

                                        CHRISTOPHER S. PORRINO
                                        ATTORNEY GENERAL OF NEW JERSEY

                              By: /s/ Matthew J. Lynch
                                        Matthew J. Lynch
                                        Deputy Attorney General

DATED: August 19, 2016