CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for State Defendants*

By:  Matthew J. Lynch
     Deputy Attorney General
     (609) 633-8687

     Vincent J. Rizzo, Jr.
     Deputy Attorney General
     (609) 633-7786

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                         VICINAGE OF NEWARK


 _____:
                               :
 ISRAEL ALMEIDA and            :   HON. KEVIN MCNULTY, U.S.D.J.
 MICHAEL TUMMINELLI,           :
                               :   Civil Action No 16-3411 (KM-JBC)
            Plaintiffs,        :
                               :
       v.                      :
                               :   CERTIFICATION OF SERVICE
 THE HON. N. PETER             :
 CONFORTI, et al.,             :
                               :
            Defendants.        :
 _____:
```

I hereby certify that Defendants' Notice of Motion to file exhibits under seal, Statement that No Brief is Necessary, Declaration of Matthew J. Lynch, proposed form of Order, and Certification of Service, were electronically filed with the Clerk of the United States District Court and that a copy of

these documents will be served via ECF upon the following attorneys:

    Ryan Scott Watson, Esq.
    Law Offices of J. Scott Watson PC
    24 Regency Plaza
    Glen Mills, PA 19342

    Stephen Stamboulieh, Esq.
    Stamboulieh Law PLLC
    P.O. Box 4008
    Madison, Mississippi 39130

    Alan Alexander Beck, Esq.
    2692 Harcourt Drive
    San Diego, CA 92123

    Dawn M. Sullivan, Esq.
    Dorsey & Semrau LLC
    714 Main Street
    P.O. Box 228
    Boonton, NJ 07005

    Ursula Henrich Leo, Esq.
    Laddey, Clark & Ryan, LLP
    60 Blue Heron Road
    Suite 300
    Sparta, NJ 07871-2600

A courtesy copy will be sent to the Hon. James B. Clark, U.S.M.J., marked as such.

                                      CHRISTOPHER S. PORRINO
                                      ATTORNEY GENERAL OF NEW JERSEY

                                   By: /s/ Matthew J. Lynch
                                        Matthew J. Lynch
                                        Deputy Attorney General

DATED: August 19, 2016