CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for State Defendants*

By:   Matthew J. Lynch
      Deputy Attorney General
      (609) 633-8687

      Vincent J. Rizzo, Jr.
      Deputy Attorney General
      (609) 633-7786

```
              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                   VICINAGE OF NEWARK
```

| | | |
|---|---|---|
| _____ | : | |
| ISRAEL ALMEIDA, MICHAEL TUMMINELLI, | : | HON. KEVIN MCNULTY, U.S.D.J. |
| | : | Civil Action No 16-3411. (KM-JBC) |
| Plaintiffs, | : | |
| v. | : | **NOTICE OF MOTION TO DISMISS** |
| HON. N. PETER CONFORTI, ET AL., | : | **PLAINTIFFS' COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM FOR WHICH RELIEF** |
| | : | **CAN BE GRANTED** |
| Defendants. | | |

To:   Clerk of the Court
      United States District Court
      For the District of New Jersey
      Martin Luther King Building
      & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07101

      Ryan Scott Watson, Esq.
      Law Offices of J. Scott Watson PC
      24 Regency Plaza
      Glen Mills, PA 19342

```
Stephen Stamboulieh, Esq.
Stamboulieh Law PLLC
P.O. Box 4008
Madison, Mississippi 39130

Alan Alexander Beck, Esq.
2692 Harcourt Drive
San Diego, CA 92123

Dawn M. Sullivan, Esq.
Dorsey & Semrau LLC
714 Main Street
P.O. Box 228
Boonton, NJ 07005

Ursula Henrich Leo
Laddey, Clark & Ryan, LLP
60 Blue Heron Road
Suite 300
Sparta, NJ 07871-2600
```

**PLEASE TAKE NOTICE** that on September 19, 2016, or at such other time as it may please the Court, the undersigned, Attorney General Christopher S. Porrino, by Deputy Attorneys General Matthew J. Lynch and Vincent Rizzo, Jr., appearing for Defendants, Honorable N. Peter Conforti, Shaina Brenner, Honorable Carmen H. Alvarez, Honorable Marie P. Simonelli, and Christopher S. Porrino (pled as "Robert Lougy"), shall move before the Honorable Kevin McNulty, U.S.D.J., for an Order dismissing all Plaintiff's claims with Prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the brief submitted in support of the motion. The

undersigned will also rely on that brief in order to oppose Plaintiffs' Motion for Preliminary Injunction. (Docket Entry #10).

A proposed form of Order is submitted herewith.

                                            CHRISTOPHER S. PORRINO
                                            ATTORNEY GENERAL OF NEW JERSEY

                              By: s/Matthew J. Lynch
                                    Matthew J. Lynch
                                    Deputy Attorney General

DATED: August 19, 2016