**BLANK PAGE FILED IN PLACE OF EXHIBIT A WHICH IS BEING FILED SEPERATELY UNDER SEAL PURSUANT TO <u>L. CIV. R.</u> 5.3(c)**