```
CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
```
*Attorney for State Defendants*

```
By:   Matthew J. Lynch
      Deputy Attorney General
      (609) 633-8687

      Vincent J. Rizzo, Jr.
      Deputy Attorney General
      (609) 633-7786
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| ISRAEL ALMEIDA, MICHAEL TUMMINELLI, | : | HON. KEVIN MCNULTY, U.S.D.J. |
| | : | Civil Action No 16-3411. (KM-JBC) |
| Plaintiffs, | : | |
| v. | : | |
| | : | **ORDER** |
| HON. N. PETER CONFORTI, ET AL., | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court on a motion by Christopher S. Porrino, Attorney General of New Jersey, by Matthew J. Lynch and Vincent J. Rizzo Jr., Deputy Attorneys General, appearing on behalf of Defendants Honorable N. Peter Conforti, Shaina Brenner, Honorable Carmen H. Alvarez, Honorable Marie P. Simonelli, and Christopher S. Porrino (pled as "Robert

Lougy"), for an Order dismissing the Complaint against those Defendants pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6); and the Court having considered the papers submitted in favor of and in opposition to the motion; and upon good cause shown;

**IT IS** on this _____ day of _____, 2016,

**ORDERED** that Defendants' Motion to dismiss Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)((1) and Fed. R. Civ. P. 12(b)(6) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Preliminary Injunction is hereby **DENIED.**

_____
Honorable Kevin McNulty
United States District Judge

DATED: August 19, 2016