## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI | ) ) ) Case No. 2:16-cv-03411-KM-JBC |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE HON. N. PETER CONFORTI, et al. | ) ) ) |
| Defendants. | ) ) |

## ENTRY OF DEFAULT

IT APPEARING that the Complaint was filed on June 13, 2016; that the summons and Complaint were duly served upon Defendant Sussex County on June 17, 2016, and no answer or other pleading has been filed by said Defendant as required by law;

THEREFORE, upon request of plaintiffs, default is hereby entered against Defendant Sussex County, as provided in Rule 55(a) of the Federal Rules of Civil Procedure.

William T. Walsh, CLERK

By: _____
Deputy Clerk