# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and<br>MICHAEL R. TUMMINELLI<br><br>Plaintiffs,<br><br>v.<br><br>THE HON. N. PETER CONFORTI, et al.<br><br>Defendants. | Case No. 2:16-cv-03411-KM-JBC |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Ryan S. Watson, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiffs in this action.

2. A complaint was filed herein on June 13, 2016 and service of process effected on Defendant Sussex County on June 17, 2016 [Docket #23].

3. More than twenty-one (21) days have elapsed since the Defendant in this action was served, and the Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

_____
RYAN S. WATSON

Sworn to and subscribed before me this the 22nd day of August, 2016.

_____
Notary Public

[seal]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRYAN W. SCHULTZ, Notary Public
Concord Township, Delaware County
My Commission Expires June 10, 2018