## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY, NEWARK DIVISION

ISRAEL ALBERT ALMEIDA and )
MICHAEL R. TUMMINELLI )
                              ) Case No. 2:16-cv-03411-KM-JBC

Plaintiffs, )
                              )
v. )
                              )
THE HON. N. PETER CONFORTI, et al. )
                              )
                              )
Defendants. )
                              )

## REQUEST FOR ENTRY OF DEFAULT

       COMES NOW, Plaintiffs Israel Albert Almeida and Michael R. Tumminelli, by and through undersigned counsel, and hereby request the Clerk to enter a default against Defendant Sussex County on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This, the 22nd day of August, 2016.

       Respectfully submitted,

                                      */s/ Ryan S. Watson*
                                      RYAN S. WATSON

**Of Counsel:**

Ryan S. Watson
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA  19342
(610) 358-9600
NJ Bar No. 089642013
ryan.watson@jscottwatson.com

Stephen D. Stamboulieh                    Alan Alexander Beck
Stamboulieh Law, PLLC                     Law Office of Alan Beck
P.O. Box 4008                             4780 Governor Drive
Madison, MS  39130                        San Diego, CA  92122
(601) 852-3440                            (619) 905-9105
stephen@sdslaw.us                         Alan.alexander.beck@gmail.com
MS Bar No. 102784                         *Admitted Pro Hac Vice
*Admitted Pro Hac Vice

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22<u>nd,</u> 2016, I electronically filed the foregoing document or pleading using the CM/ECF system which generated a NEF for all counsel of record.

I hereby certify that the following non-CM/ECF participants were served a copy of the foregoing document or pleading by United States Postal Service, postage prepaid.

> Sussex County
> Office of the County Administrator
> One Spring Street
> Newton, NJ 07860
>
> By: *<u>/s/ Ryan S. Watson</u>*
>        Ryan S. Watson