LAW OFFICES
**J. SCOTT WATSON, P.C.**
24 Regency Plaza
Glen Mills, Pennsylvania 19342
(610) 358-9600
Fax: (610) 358-9601

J. Scott Watson, Esquire
Gregory J. Allard, Esquire
Ryan S. Watson, Esquire*
David R. Scott, Esquire*
  *Admitted to PA & NJ

August 22, 2016

Honorable Kevin McNulty, U.S.D.J.
United States District Court for
the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      **RE:** *Almeida, et al. v. Conforti, et al*; **Cause No. 2:16-cv-03411-KM-JBC**

Dear Judge McNulty:

      Plaintiff has received Defendants' Notice of Motion to File Exhibits Under Seal pursuant to L.Civ.R. 5.3(c) and we have no objections to granting Defendants' requested relief to file said exhibits under seal.

                                                     Sincerely,

                                                    */s/ Ryan S. Watson*
                                                    RYAN S. WATSON

cc:    All counsel of record via ECF