# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| ISRAEL ALBERT ALMEIDA and MICHAEL R. TUMMINELLI | )<br>)<br>) Case No. 2:16-cv-03411-KM-JBC |
| Plaintiffs, | ) |
| v. | ) |
| THE HON. N. PETER CONFORTI, et al. | ) |
| Defendants. | ) |

## REQUEST FOR ENTRY OF DEFAULT

COMES NOW, Plaintiffs Israel Albert Almeida and Michael R. Tumminelli, by and through undersigned counsel, and hereby request the Clerk to enter a default against Defendant Sussex County on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This, the 22nd day of August, 2016.

    Respectfully submitted,

                                                           */s/ Ryan S. Watson*
                                                           RYAN S. WATSON

**Of Counsel:**

Ryan S. Watson
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA  19342
(610) 358-9600
NJ Bar No. 089642013
ryan.watson@jscottwatson.com

| | |
|---|---|
| Stephen D. Stamboulieh | Alan Alexander Beck |
| Stamboulieh Law, PLLC | Law Office of Alan Beck |
| P.O. Box 4008 | 4780 Governor Drive |
| Madison, MS  39130 | San Diego, CA  92122 |
| (601) 852-3440 | (619) 905-9105 |
| stephen@sdslaw.us | Alan.alexander.beck@gmail.com |
| MS Bar No. 102784 | *Admitted Pro Hac Vice |
| *Admitted Pro Hac Vice | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22<u>nd,</u> 2016, I electronically filed the foregoing document or pleading using the CM/ECF system which generated a NEF for all counsel of record.

I hereby certify that the following non-CM/ECF participants were served a copy of the foregoing document or pleading by United States Postal Service, postage prepaid.

                    Sussex County
                    Office of the County Administrator
                    One Spring Street
                    Newton, NJ 07860

                    By: */s/ Ryan S. Watson*
                          Ryan S. Watson