LAW OFFICES
**J. SCOTT WATSON, P.C.**
24 Regency Plaza
Glen Mills, Pennsylvania 19342
(610) 358-9600
Fax: (610) 358-9601

J. Scott Watson, Esquire
Gregory J. Allard, Esquire
Ryan S. Watson, Esquire*
David R. Scott, Esquire*
   *Admitted to PA & NJ

August 23. 2016

Honorable Kevin McNulty, U.S.D.J.
United States District Court for
the District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      **RE:**    *Almeida, et al. v. Conforti, et al*; **Cause No. 2:16-cv-03411-KM-JBC**

Dear Judge McNulty:

    Please be advised that the filing from our office yesterday (DE#36) was erroneously marked as confidential pursuant to L.Civ.R. 5.3(c). The letter was in response to Defendants' Motion requesting to file Exhibits Under Seal to which we have no objection.

                                             Truly yours,
                                             /s/ *Ryan S. Watson*
                                             RYAN S. WATSON

cc: All counsel of record via ECF